| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JOSIAH N. NTEKUME,<br><br>    Defendant | No. 2:17-cr-00063-JCM-NJK<br><br>*Order Granting Government's Unopposed Motion for Order Authorizing Disclosure of Grand Jury Information and Tax Return Information, and for Protective Order* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Having considered the Government's Unopposed Motion for Order Authorizing Disclosure of Grand Jury Information and Tax Return Information; and for Protective Order, and the record and file in this case, for good cause shown,

## DISCLOSURE AUTHORIZATION

IT IS HEREBY ORDERED that plaintiff United States of America is authorized to disclose to defendant and his counsel, copies of the grand jury testimony, exhibits, and other documents which may be considered matters occurring before the grand jury (collectively, "Grand Jury Information").  This Order is being entered to facilitate the government's compliance with its discovery obligations, including the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500; Rule 16 of the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963), and *United States v. Giglio*, 405 U.S. 150 (1972).

IT IS FURTHER ORDERED that the any copies of the grand jury testimony provided pursuant to this Order, and any reproductions or copies made of the produced copy, shall be returned to the government as so requested by the government at the conclusion of the proceedings in this case.

IT IS FURTHER ORDERED, pursuant to 26 U.S.C. § 6103(h)(4), and based on the unopposed motion of the government, that the government is authorized to disclose to the defendant and his counsel tax returns, tax return information, and taxpayer return information as defined in 26 U.S.C. § 6103(b) (collectively, "Tax Information") pertaining to this prosecution or otherwise appropriately disclosed by the government pursuant to its discovery obligations.

## PROTECTIVE ORDER

The government represents to this Court that it intends to produce documents that include the Grand Jury Information and Tax Information described above, and discovery documents containing personal identifying information such as social security numbers, driver's license numbers, dates of birth, bank account numbers, and addresses of potential witnesses in this case (collectively, "Protected Material").

The government also represents to the Court that counsel for the defendant does not object to the entry of a protective order. Accordingly,

IT IS FURTHER ORDERED THAT

The Protected Material produced by the government may be used by the defendant, the defendant's counsel, and any employees or agents of defendant's counsel solely in the defense of this case.

The defendant's counsel and the defendant shall not disclose the Protected Material directly or indirectly, except (a) for purposes of proceedings before this Court, including hearings, court filings, and trial (and then in accordance with Nevada Local Rule IC 6-1 (Redaction)); and (b) to any person assisting the defense, persons who are interviewed as

witnesses, and potential experts (collectively, "Authorized Persons") in the defense of this case.

The Protected Material produced by the government shall not be copied or reproduced unless it is copied or reproduced for Authorized Persons to assist in the defense of this case, and in that event, the copies shall be treated in the same manner as the original material.

When providing the Protected Material to an Authorized Person, the defendant's counsel must inform the Authorized Person that the Protected Material is provided subject to the terms of this Protective Order and that the Authorized Person must comply with and is independently bound by the terms of this Protective Order.

IT IS FURTHER ORDERED THAT upon the final disposition of this case, including after disposition of any appeal or collateral review, the defendant, the defendant's counsel, and any Authorized Persons shall return all Protected Material to the government as so requested by the government.

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: December 14, 2018