# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSIAH NTEKUME,<br><br>Defendant. | Case No.: 2:17-cr-00063-JCM-NJK<br><br>**Order Granting Stipulation**<br><br>(Docket No. 32) |

Pending before the Court is the parties' stipulation to continue the hearing on Defendant's motion to dismiss counsel, Docket No. 32, which is **GRANTED**. The hearing currently set for May 30, 2019, at 10:30 a.m., is **CONTINUED** to June 17, 2019, at 1:30 p.m., in Courtroom 3D.

IT IS SO ORDERED.

DATED: May 29, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE