# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-63 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JOSIAH N. NTEKUME, | |
| Defendant(s). | |

Presently before the court is the matter of USA v. Ntekume, case no. 2:17-cr-00063-JCM-NJK.

On July 22, 2019, defendant Josiah Ntekume ("defendant") filed a motion to continue trial for at least 120 days to give defendant's counsel time to review the discovery in this criminal matter. (ECF No. 40). Defendant submits that his counsel will be in trial for six other cases over the next 120 days, which further supports his request for the continuance. *Id.*

On July 24, 2019, the United States of America (the "government") filed a non-opposition to defendant's motion. (ECF No. 42). Accordingly, the court finds good cause to grant the motion. However, neither defendant nor the government referenced the relevant provisions of the Speedy Trial Act, 18 U.S.C. § 3161, which might support this continuance.

Therefore, the parties are hereby ordered to file, within seven (7) days from the date of this order, either a proposed order granting the motion to continue (ECF No. 40) or a stipulation setting forth the reasons for the continuance and the provisions of the Speedy Trial Act. The court will provide the new calendar call and trial dates.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED July 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**