# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSIAH N. NTEKUME,<br><br>Defendant(s). | Case No. 2:17-CR-63 JCM (NJK)<br><br>ORDER |

Presently before the court is defendant Josiah Ntekume's request for appointment of counsel to pursue compassionate release. (ECF No. 60). Defendant's request is contained within his *pro se* motion for compassionate release. (*Id.*).

General Order 2020-06 appoints the Federal Public Defender's office ("FPD") "to represent a defendant if that defendant files a pro se section 3582(c)(1)(A) motion directly with this Court pursuant to section 603(b) of the FIRST STEP Act. General Order 2020-06 provides that "[i]f FPD has a prohibitive conflict and may not represent an individual defendant seeking compassionate release where FPD determines the motion would not be frivolous, FPD will file a motion requesting that CJA counsel be appointed according to the regular procedures of the District of Nevada for the appointment of counsel." *Id.*

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the FPD is appointed to review and supplement defendant's motion for compassionate release.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that if the FPD has a prohibitive conflict of interest, the
2    FPD shall file a motion requesting CJA counsel be appointed.
3    DATED March 1, 2021.

4    _____
5    UNITED STATES DISTRICT JUDGE