RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Josiah O. Ntekume

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSIAH O. NTEKUME,<br><br>                    Defendant. | Case No. 2:17-cr-00063-JCM-NJK<br><br>**STIPULATION TO CONTINUE DEADLINE TO SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States Attorney, Christopher Chiou, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Josiah O. Ntekume, that the Supplement to Motion for Compassionate Release deadline currently scheduled on March 5, 2021 be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days. Also, the Government's Response to the Supplement for Compassionate Release be due fourteen (14) days after the filing of defendant's Supplement.

This Stipulation is entered into for the following reasons:

1. Defense counsel only recently received Mr. Ntekume's medical records and needs time to adequately review them before deciding whether it is appropriate to file a supplement in this case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Compassionate Release Supplement.

DATED this 5th day of March, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>United States Attorney |
| By /s/ Paul D. Riddle<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By /s/ Elizabeth O. White<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSIAH O. NTEKUME,<br><br>        Defendant. | Case No. 2:17-cr-00063-JCM-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Compassionate Release Supplement deadline currently scheduled for March 5, 2021, be vacated and continued to March 26, 2021.

    IT IS FURTHER ORDERED that the Government's Response to the Supplement for Compassionate Release be due fourteen (14) days after the filing of Defendant's Supplement.

DATED March 8, 2021.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE